UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, | : <br> : <br> : <br> : |
| Plaintiff, | : |
| v. | : CIVIL ACTION No.: 2:11-CV-06533-CMR <br> : |
| CITY OF PHILADELPHIA AND CLEAR CHANNEL OUTDOOR HOLDINGS, INC. d/b/a CLEAR CHANNEL AIRPORTS, | : <br> : <br> : <br> : |
| Defendants. | : |

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Defendants City of Philadelphia, Clear Channel Outdoor Holdings, Inc. d/b/a Clear Channel Airports ("Clear Channel") and Plaintiff National Association For The Advancement of Colored People ("NAACP") that the above-captioned action is voluntarily dismissed with prejudice against Defendant Clear Channel pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

By: /s/ Jayne A. Risk
Jayne A. Risk, Esquire
DLA Piper LLP (US)
1650 Market Street, Suite 4900
Philadelphia, PA 19103
*Counsel for Defendant Clear Channel Outdoor Holdings, Inc. d/b/a Clear Channel Airports*

By: /s/ Mary Catherine Roper
Mary Catherine Roper, Esquire
ACLU of Pennsylvania
P.O. Box 40008
Philadelphia, PA 19106
*Counsel for Plaintiff*

By:  _____
Craig Straw, Esquire
City of Philadelphia Law Department
1515 Arch Street
14th Floor
Philadelphia, PA  19102
*Counsel for Defendant City of Philadelphia*


*SO APPROVED:*


_____          _____
Date                                                       Cynthia M. Rufe, J

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of June 2012, a copy of the foregoing Stipulation and Order of Dismissal was served via ECF and/or United States mail upon the following:

Christopher A. Hansen
Aden J. Fine
American Civil Liberties Union
125 Broad Street, 18th Floor
New York, New York 10004

Mary Catherine Roper
Christopher Markos
Seema Saifee
American Civil Liberties Union of Pennsylvania
P.O. Box 40008
Philadelphia, Pennsylvania 19106

Witold J. Walczak
American Civil Liberties Foundation of Pennsylvania
313 Atwood Street
Pittsburgh, Pennsylvania 15213

Seth Kramer
3400 Chestnut Street
Philadelphia, Pennsylvania 19104

Craig Straw
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, Pennsylvania 19102

Jayne A. Risk