IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, | : : : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : : | NO. 11-6533 |
| CITY OF PHILADELPHIA, | : | |
| Defendant. | : : | |

# ORDER

**AND NOW**, this 20th day of May 2013, upon consideration of Defendant's Motion to Dismiss (Doc. No. 41), Plaintiff's response in opposition thereto, and Defendant's reply, and after the April 26, 2013 oral argument on the Motion, and for the reasons stated in the Opinion filed this day, it is hereby **ORDERED** that the Motion is **DENIED**. Defendant shall file an answer to the Amended Complaint **within 14** days of the date of this Order.

It is further **ORDERED** that the stay on discovery imposed by the Court's April 26, 2013 Order (Doc. No. 66) is hereby lifted. Discovery shall be completed **by July 22, 2013**. Dispositive motions shall be filed on or before **August 22, 2013**.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**