IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE,** : : : **Plaintiff,** : v. : : **CITY OF PHILADELPHIA,** : **Defendant.** : : | **CIVIL ACTION** **NO. 11-6533** |

## ORDER

**AND NOW**, this 1st day of August 2014, upon consideration of Plaintiff's and Defendant's Motions for Summary Judgment and responses thereto and for the reasons in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. Plaintiff's Motion (Doc. No. 83) is **GRANTED**;

2. Defendant's Motions (Doc. Nos. 84 & 106) are **DENIED**;

3. On **Thursday, August 7, 2014**, at **4:00 p.m.**, the Court shall host a telephone conference to discuss further proceedings in this case, particularly with respect to determining the appropriate remedy. Counsel shall access the Court's Bridge Line by calling (267) 299-7200 at the aforementioned time to be connected to the conference.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**