IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE,<br>   Plaintiff<br><br>v.<br><br>CITY OF PHILADELPHIA,<br>   Defendant | CIVIL ACTION NO.<br><br>11-6533 |

FILED
DEC 19 ...
MICHAEL E. ...
By ___ Dep. Clerk

## ORDER

AND NOW, this 19th day of December 2014, upon consideration of the proper relief to enforce this Court's order of August 1, 2014, it is hereby **ORDERED** that judgment is entered in favor of Plaintiff and against Defendant as follows:

1. This Court **DECLARES** that section 2(J)(a) of the City of Philadelphia's "Rules and Regulations for PHL (as revised on March 8, 2012)" violates the First and Fourteenth Amendments of the United States Constitution.

2. This Court further **DECLARES** that the City's unwritten policy of rejecting advertisements that do not support the mission of Philadelphia International Airport ("the Airport") violates the First and Fourteenth Amendments of the United States Constitution.

3. This Court **ENJOINS** the City from applying section 2(J)(a) to advertisements submitted to the Airport and also from implementing an unwritten policy of rejecting advertisements that do not support the Airport's mission.

4. The Court retains jurisdiction over this case in order to, if necessary, enforce its order herein.

It is further **ORDERED** that Plaintiff may file a motion seeking costs and attorneys' fees

pursuant to 42 U.S.C. § 1988 no later than 60 days following the entry of this final judgment. If the City files a notice of appeal of the final judgment, the deadline for Plaintiff to file its motion or costs and attorneys' fees shall be stayed. Upon the entry of any mandate issued by the United States Court of Appeals for the Third Circuit, the parties shall meet and confer regarding an appropriate date by which the Plaintiff may file its motion, and shall submit a proposed form of order setting forth a deadline.

**IT IS SO ORDERED.**

BY THE COURT:

CYNTHIA M. RUFE, J.